# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2013

146661

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ASHLEY ANN ARBOR, LLC,
          Plaintiff-Appellee,

v

                                      SC: 146661
                                      COA: 304904
                                      Washtenaw CC: 10-001345-CZ;
                                      11-000574-CZ

PITTSFIELD CHARTER TOWNSHIP,
          Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the December 27, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether a public corporation's special assessment against an individual parcel of property authorized under the Drain Code, MCL 280.490(1), but implemented through the provisions governing special assessments by the public corporation contained in the Public Improvement Act, MCL 41.721, et seq., is subject to the exclusive jurisdiction of the Michigan Tax Tribunal, pursuant to MCL 205.731, in light of the amendment of 1992 PA 172, excluding the drain code from the definition of "property tax laws."

       The Michigan Association of Counties, the Michigan Municipal League, and the Public Corporation Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2013



                                              Clerk

p0626